# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Angela Hansen, et al., | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| | ) Case No. 1-17-cv-236 |
| State of North Dakota, et al., | ) |
| Defendants. | ) |

Hansen brought this action on November 3, 2017, against a number of individuals and entities for alleged violations of federal law. One defendant has answered. (Doc. No. 10). For all other defendants, the court stayed such deadline pending further order of the court. (Doc. No. 17). After further review of the matter, and because plaintiffs have paid the filing fee, the court lifts its previous stay despite the undersigned's concerns about whether the court has jurisdiction over any of the claims. All defendants believing they have been properly served are to answer or otherwise respond to the complaint on or before January 31, 2018.

**IT IS SO ORDERED.**

Dated this 2nd day of January, 2018.

>  */s/  Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court