## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Angela Hansen, et al., ) | |
| ) | |
| Plaintiffs, ) | **ORDER ADOPTING REPORT** |
| ) | **AND RECOMMENDATION** |
| vs. ) | |
| ) | Case No. 1:17-cv-236 |
| State of North Dakota, et al., ) | |
| ) | |
| Defendants. ) | |

Plaintiff Angela Hansen, acting *pro se*, initiated this action on November 13, 2017, against numerous individuals and entities. See Doc. No. 4. Numerous parties have filed motions to dismiss. See Doc. Nos. 28, 33, and 36. Also pending is a motion for default judgment by Hansen. See Doc. No. 32. Magistrate Judge Charles S. Miller, Jr., issued a Report and Recommendation on January 4, 2019, in which he recommended the pending motions to dismiss be granted and that Hansen's motion for default judgment be denied. See Doc. No. 51. The Court also issued an order to show cause requiring Hansen to provide appropriate proofs of service as to the remaining defendants and to show cause as to why those persons on whose behalf she seeks to sue should not be dismissed from the action. See Doc. No. 51. The parties were given until January 18, 2019, to file an objection to the Report and Recommendation. The State Defendants and Defendant Pagel filed objections, requesting that the matter be dismissed with prejudice. See Doc. Nos. 52 and 54. No other objections were received.

The Court has carefully reviewed the Report and Recommendation and the entire record, the objections, and finds the Report and Recommendation to be persuasive. Accordingly, the Court **ADOPTS** the Report and Recommendation (Docket No. 51) in its entirety, and **ORDERS** the following:

1. Hansen's request for the clerk's entry of default (Doc. No. 31) and her motion for default judgment (Doc. No. 32) are **DENIED**.

2. The Motion to Dismiss by the State Defendants (Doc. No. 28) is **GRANTED**, and the complaint is **DISMISSED WITH PREJUDICE** with respect to the following named persons and entities: State of North Dakota; North Dakota State Office of Court Administration; North Dakota County Court Administrator; North Dakota Department of Health and Human Services; Gerald VandeWalle; Daniel Crothers; Lisa Fair-McEvers; Dale Sandstrom; Carol Ronning-Kapsner; Gail Hagerty; David E. Reich; Estate of Judge Donald Jorgensen; Ricahrd Geiger; Wayne Stenehjem; Sally Holewa; and Donna Wonderlich.

3. The Motion to Dismiss by defendant Pagel (Doc. No. 33) be **GRANTED** and the complaint be **DISMISSED WITH PREJUDICE** with respect to defendant Rodney I. Pagel.

4. The Motion to Dismiss by Legal Services of North Dakota (Doc. No. 36) be **GRANTED** and the complaint be **DISMISSED WITH PREJUDICE** with respect to defendant Legal Services of North Dakota.

5. Hansen has failed to comply with the Order to Show Cause. She has failed to provide appropriate proofs of service as to the remaining defendants and she has failed to show cause as to why those persons on whose behalf she is seeking to sue should not be dismissed from the action. Accordingly, the Court **DISMISSES WITH PREJUDICE** the remaining defendants and those persons on whose behalf

Hansen attempted to sue. Therefore the case is dismissed in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated this 29th day of January, 2019.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court