Local AO 450 (rev. 5/10)

# United States District Court
*District of North Dakota*

Angela Hansen, et al.,

      Plaintiffs,

vs.

State of North Dakota, et al.,

      Defendants

JUDGMENT IN A CIVIL CASE

Case No.   1:17-cv-00236

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P.  41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to Court Order dated January 29, 2019, the Court adopts the Report and Recommendation in its entirety, and orders the following:

1. Hansen's request for the clerk's entry of default (Doc. No. 31) and her motion for default judgment (Doc. No. 32) are DENIED.
2. The Motion to Dismiss by the State Defendants (Doc. No. 28) is GRANTED, and the complaint is DISMISSED WITH PREJUDICE with respect to the following named persons and entities: State of North Dakota; North Dakota State Office of Court Administration; North Dakota County Court Administrator; North Dakota Department of Health and Human Services; Gerald VandeWalle; Daniel Crothers; Lisa Fair-McEvers; Dale Sandstrom; Carol Ronning-Kapsner; Gail Hagerty; David E. Reich; Estate of Judge Donald Jorgensen; Ricahrd Geiger; Wayne Stenehjem; Sally Holewa; and Donna Wonderlich.
3. The Motion to Dismiss by defendant Pagel (Doc. No. 33) be GRANTED and the complaint be DISMISSED WITH PREJUDICE with respect to defendant Rodney I. Pagel.
4. The Motion to Dismiss by Legal Services of North Dakota (Doc. No. 36) be GRANTED and the complaint be DISMISSED WITH PREJUDICE with respect to defendant Legal Services of North Dakota.
5. Hansen has failed to comply with the Order to Show Cause. She has failed to provide appropriate proofs of service as to the remaining defendants and she has failed to show cause as to why those persons on whose behalf she is seeking to sue should not be dismissed from the action. Accordingly, the Court DISMISSES WITH PREJUDICE the remaining defendants and those persons on whose behalf Hansen attempted to sue. Therefore the case is dismissed in its entirety, with prejudice.

Date:   January 29, 2019

ROBERT J. ANSLEY, CLERK OF COURT

by:  */s/ Anja Miller, Deputy Clerk*